**1036-15**

# ELECTRONIC RECORD

COA # 05-15-00665-CR          OFFENSE: OTHER CRIMINAL

STYLE: Gary Eugene Sims v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: DISMISSED          TRIAL COURT: 282nd Judicial District Court

DATE: 06/29/15          Publish: NO          TC CASE #: F-0045450-S

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Gary Eugene Sims v. The State of Texas          CCA #: **1036-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**